UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANG LOR,<br><br>   Petitioner,<br><br>  v.<br><br>TIMOTHY S. AIKEN, et al., Warden,<br><br>   Respondents. | Case No. 15-cv-05336-VC  (PR)<br><br>ORDER OF DISMISSAL |

On November 10, 2015, Petitioner Zang Lor, a non-citizen who was detained by Immigration and Customs Enforcement ("ICE"), filed this habeas petition under 28 U.S.C. § 2241 seeking relief from detention under 8 U.S.C. § 1231(a)(6) on the ground that his removal was not reasonably foreseeable. On December 22, 2015, the Court issued an order for Respondents to show cause why the petition should not be granted. On February 19, 2016, Respondents filed a notice of suggestion of mootness with evidence showing that, on December 18, 2015, ICE released Lor from detention pending his removal from the United States and subject to an order of supervision. *See* Doc. 13, Ex. A, Order of Supervision. Respondents correctly argue that Lor's release from immigration detention renders his petition moot. *See Pitts v. Terrible Herbst, Inc.*, 653 F.3d 1081, 1087 (9th Cir. 2011) (if events subsequent to filing complaint resolves parties' dispute, case must be dismissed as moot); *Mamigonian v. Biggs*, 710 F.3d 936, 942 (9th Cir. 2013) (alien's habeas petition challenging detention pending deportation rendered moot when she was released from custody). Federal courts lack authority to decide moot cases. *Pitts*, 653 F.3d at 1087.

1   Therefore, this petition is dismissed for lack of jurisdiction. The Clerk shall issue a
2   separate judgment and close the case.
3   IT IS SO ORDERED.
4   Dated: April 12, 2016

VINCE CHHABRIA
United States District Judge